**Graham M. Sweitzer, OSB No. 025866**
gsweitzer@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| AIDEN SAFARI DAVIS, aka Parviz Safari, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>GUILLERMO ESPINOZA, dba ESPINOZA TRUCKING, a foreign sole proprietorship; and ESPINOZA TRUCKING, an unincorporated association,<br><br>  Defendants. | Case No. 3:19-cv-00090-SI<br><br>**FRCP 41(A)(1)(ii) STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and based upon the stipulation of the parties through their counsel, plaintiff voluntarily dismisses this action with prejudice. This dismissal includes all claims asserted in this action, with each party to bear their own attorneys' fees and costs.

DATED this  19th  day of September, 2019.

**IT IS SO STIPULATED:**

| KILMER, VOORHEES & LAURICK, P.C. | DUBOIS LAW GROUP |
|---|---|
| *s/ Graham M. Sweitzer* | *[signature]* |
| Graham M. Sweitzer, OSB No. 025866 | Brian R. Stimson, OSB No. 151524 |
| gsweitzer@kilmerlaw.com | brian@pdxinjurylaw.com |
| Attorneys for Defendants | Attorneys for Plaintiff |

Page 1 – FRCP 41(A)(1)(ii) STIPULATED DISMISSAL WITH PREJUDICE

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290